1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

JOHN KING, JR.,                                                    1:09-cv-00369-TAG (HC)

10
                              Petitioner,
11                                                                 ORDER AUTHORIZING
          vs.                                                      IN FORMA PAUPERIS STATUS
12
M. VEAL,
13
                              Respondent.
14 _____/

15
          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
16
pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to
17
proceed *in forma pauperis*.  The petition will be screened in due course.
18
19
20
IT IS SO ORDERED.
21
Dated:   **April 2, 2009**                                         _____**/s/ Theresa A. Goldner**_____
22 _____                                                          UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28