UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KING, JR., | 1:09-cv-00369-BAK [GSA]  (HC) |
| Petitioner, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| M. VEAL, | (DOCUMENT #24) |
| Respondent. | |
| _____/ | |

Petitioner has requested the appointment of counsel, contending that medical conditions and his lack of training in the law impair his ability to represent himself. (Doc. 24). There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, after reviewing the grounds presented by Petitioner, the Court does not find that the interests of justice require the appointment of counsel at the present time. Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel (Doc. 24), is DENIED.

IT IS SO ORDERED.

**Dated:** **June 17, 2009**          /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE