UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN KING, JR., | ) | 1:09-cv-00369-JLT HC |
| Petitioner, | ) ) ) | ORDER DENYING AS MOOT PETITIONER'S MOTION FOR AN EVIDENTIARY HEARING (Doc. 28) |
| v. | ) ) ) | |
| M. VEAL, Warden, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On November 13, 2007, Petitioner filed his original petition. (Doc. 1). On June 26, 2009, the Court dismissed the petition as successive, entered judgment, and closed the case. (Docs. 26 & 27).

At the time judgment was entered, Petitioner's motion for an evidentiary hearing, filed on June 19, 2009, was still pending. (Doc. 28). In light of the Court's orders entering judgment and closing the case, Petitioner's motion is now moot.

1

1    Accordingly, the Court HEREBY ORDERS that Petitioner's motion for an evidentiary
2 hearing (Doc. 28), is DENIED as MOOT.

4 IT IS SO ORDERED.

5 Dated:   **January 27, 2010**                                        **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE

2